```
Melinda M. Brown, SBN. 220307
Law Offices of Melinda M. Brown
419 Main Street
Klamath Falls, OR 97601
Telephone:  (541) 884-4100
Facsimile:  (541) 884-4600
Email: attorneybrown@aol.com
```

Attorney for Plaintiff,
BRIAN WILLIAMS, Guardian Ad Litem
For CRYSTAL WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS, Guardian Ad Litem For CRYSTAL WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, a Public Entity; COUNTY OF SISKIYOU, a Public Entity; CITY OF TULELAKE, a Municipal Corporation; TULELAKE POLICE DEPARTMENT, a Police Agency of the City of Tulelake; and ADAN CARDONA, JR., Individually and in his Official Capacity as a Police Officer with the Tulelake Police Department, a Police Agency of the City of Tulelake,<br><br>    Defendants. | Civ.S-10-1889 JAM CMK |

Order Appointing Guardian A Litem for Plaintiff

The Motion of Plaintiff, BRIAN WILLIAMS, proposed Guardian Ad Litem for C.W., having been considered, satisfactory proof having been made, and good cause appearing,

///

///

///

///

PAGE 1 OF 2 – Order Appointing Guardian Ad Litem

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED THAT:

BRIAN WILLIAMS be appointed guardian ad litem for plaintiff, C.W. in this proceeding.

Dated: July 20, 2010

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

PAGE 2 OF 2 - Order Appointing Guardian Ad Litem

PDF created with pdfFactory trial version www.pdffactory.com