EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JAMES M. SCHIAVENZA, State Bar No. 62651
Senior Assistant Attorney General
ALBERTO L. GONZÁLEZ, State Bar No. 117605
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5369
 Fax: (916) 322-8288
 E-mail: Alberto.Gonzalez@doj.ca.gov

*Attorneys for Defendant State of California*

MELINDA M. BROWN, ESQ.
Law Office of Melinda M. Brown
419 Main Street
Klamath Falls, OR 97601
Telephone: (541) 884-4100
Fax: (541) 884-4600
E-mail: attorneybrown@aol.com

*Attorneys for Plaintiff Brian Williams, Guardian ad Litem for Crystal Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRIAN WILLIAMS, Guardian ad Litem for CRYSTAL WILLIAMS,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**STATE OF CALIFORNIA; COUNTY OF SISKIYOU; CITY OF TULELAKE; TULELAKE POLICE DEPARTMENT; and ADAN CARDONA, JR.,**<br><br>                    Defendants. | 2:10-CV-1889 JAM CMK<br><br>**STIPULATION FOR DISMISSAL ORDER** |

///

///

1

**STIPULATION**

Plaintiff Brian Williams, Guardian ad Litem for Crystal Williams, and defendant State of California, by and through their attorneys of record hereby agree and stipulate as follows:

Defendant State of California has filed a motion to dismiss presently set for hearing on November 3, 2010. Plaintiff hereby dismisses defendant State of California with prejudice. Each party to bear its own attorneys fees and costs.

Dated:  September 29, 2010                              LAW OFFICE OF MELINDA M. BROWN

/s/ Melinda M. Brown

MELINDA M. BROWN, ESQ.
*Attorneys for Plaintiffs*


Dated:  September 29, 2010                              EDMUND G. BROWN JR.
                                                        Attorney General of California
                                                        JAMES M. SCHIAVENZA
                                                        Senior Assistant Attorney General

/s/ Alberto L. González

ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
*Attorneys for Defendant State of California*

**ORDER**

GOOD CAUSE APPEARING,

Defendant State of California is hereby dismissed from this action with prejudice. Each party to bear its own attorneys fees and costs.

Dated: September 29, 2010

/s/ John A, Mendez
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

SA2010302933
31108292.doc