PHILIP B. PRICE, SBN 32620
Price & Brown
Attorneys at Law
466 Vallombrosa Avenue
P. O. Box 1420
Chico, California  95927
Telephone: (530) 343-4412
Facsimile:  (530) 343-7251
Email: philpblaw@sunset.net

THOMAS P. GUARINO, SBN 149409
Siskiyou County Counsel
P. O. Box 659
Yreka, California  96097
Telephone: (530) 842-8100
Facsimile:  (530) 842-7032

Attorneys for Defendant COUNTY OF SISKIYOU

MELINDA M. BROWN
Law Offices of Melinda M. Brown
419 main Street
Klamath Falls, OR 97601
Telephone: (541) 884-4100
Fax: (541) 884-4600
Email: attorneybrown@aol.com

Attorneys for Brian Williams, Guardian ad Litem for Crystal Williams

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS, Guardian ad Litem for CRYSTAL WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, a Public Entity; COUNTY OF SISKIYOU, a Public Entity; CITY OF TULELAKE, a Municipal Corporation; TULELAKE POLICE DEPARTMENT, a Police Agency of the City of Tulelake; and ADAN CARDONA, JR., Individually and in his Official Capacity as a Police Officer with the Tulelake Police Department, a Police Agency of the City of Tulelake,<br><br>  Defendants.<br>_____/ | Case No. 2:10-CV-01889 JAM CMK<br><br><br><br>STIPULATION FOR DISMISSAL; ORDER |

1

STIPULATION TO DISMISS; ORDER

1  Plaintiff Brian Williams, Guardian ad Litem for Crystal Williams, and
2 defendant County of Siskiyou, by and through their attorneys of record hereby agree
3 and stipulate as follows:
4  Defendant County of Siskiyou has filed a Motion to Dismiss (Rule 12(b))
5 which is set for hearing on November 3, 2010.
6  Plaintiff hereby dismisses defendant County of Siskiyou, with prejudice.
7  Each party to bear his/her/its own costs, attorney's fees and litigation
8 expenses.

10   Dated: October 15, 2010        Law Office of Melinda M. Brown
11                   By:   /s/ Melinda M. Brown
                                  Melinda M. Brown, Attorney for plaintiff
12                                Brian Williams, Guardian ad Litem for
                                  Crystal Williams

14   Dated: October 15, 2010        PRICE & BROWN
16                   By:   /s/Philip B. Price
                                  Philip B. Price, Attorneys for
17                                defendant COUNTY OF SISKIYOU

ORDER:

21  Good cause appearing, defendant County of Siskiyou is hereby
22 dismissed from this action, with prejudice. Each party to bear his/her/its own costs,
23 attorney's fees and litigation expenses.

Dated: October 18, 2010
                                  /s/ John A. Mendez
                                  John A. Mendez
                                  United States District Judge

2

STIPULATION TO DISMISS; ORDER