1 | Peter J. Ferguson, State Bar No. 108297
  | FERGUSON, PRAET & SHERMAN
2 | A Professional Corporation
  | 1631 East 18th Street
3 | Santa Ana, California 92701
  | Phone (714) 953-5300
4 | Fax (714) 953-1143
  | Email: peterferg@aol.com
5 |
6 | Attorneys for Defendants City of Tulelake and Tulelake PD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRIAN WILLIAMS, Guardian Ad Litem for CRYSTAL WILLIAMS, , | ) | Case No. 2:10-cv-01889-JAM-CMK |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF, CRYSTAL WILLIAMS** |
| vs. | ) | |
| CITY OF TULELAKE, et al., | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff, Crystal Williams agrees to a psychiatric and psychological examination conducted by the physicians retained by the Defendants. The Curriculum vitae of Dr. James High, M.D. and Dr. Amy Bandera, Psy.D. are attached to this stipulation.

2. Plaintiff will submit to an examination by Dr. James High and Dr. Amy Bandera at their offices located at 501 Santa Monica Boulevard, Suite 400, Santa Monica, California, (310) 395-8711 on a date acceptable to Dr. High and Dr. Bandera and the Plaintiff to be coordinated by counsel for the respective parties. The examinations shall include a complete psychological and psychiatric examination deemed an ordinary part of a general mental examination.

3. At the time of said examination, the medical examiners may ask questions of the Plaintiff which include diagnosis occupational history and prior injuries for the purpose of making a proper diagnosis of the Plaintiff's condition.

4. The examinations will be recorded and a copy of the recording will be provided to plaintiff's attorney within ten days of the examination.

5. The examinations of plaintiff will take place on the same date to insure that the examination can be completed in one day (less than eight hours).

6. Defendants shall bear the costs of such examination.

DATE: July 22, 2011

/s/ John A. Mendez
Honorable John A. Mendez
United States District Judge