```
Melinda M. Brown, SBN. 220307
Law Offices of Melinda M. Brown
419 Main Street
Klamath Falls, OR 97601
Telephone:  (541) 884-4100
Facsimile:  (541) 884-4600
Email: attorneybrown@aol.com

Attorney for Plaintiff,
BRIAN WILLIAMS, Guardian Ad Litem
For CRYSTAL WILLIAMS
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS, Guardian Ad Litem For CRYSTAL WILLIAMS,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, a Public Entity; COUNTY OF SISKIYOU, a Public Entity; CITY OF TULELAKE, a Municipal Corporation; TULELAKE POLICE DEPARTMENT, a Police Agency of the City of Tulelake; and ADAN CARDONA, JR., Individually and in his Official Capacity as a Police Officer with the Tulelake Police Department, a Police Agency of the City of Tulelake,<br><br>            Defendants. | Case No.:  2:10-cv-01889-JAM-CMK<br><br>Order Granting Plaintiff's Motion for Telephonic Appearance |

BASED UPON the Motion and Declaration of Plaintiff's counsel herein:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that counsel for Plaintiffs, MELINDA M. BROWN, may appear by telephone for the motion to compel hearing currently scheduled for October 19, 2011 at 10:00 a.m.

**Date:  10/17/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

PAGE 1 OF 1 – Order Granting Plaintiff's Motion for Telephonic Appearance