IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL WILLIAMS, guardian ad litem for Brian Williams,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF TULELAKE, et al.,<br><br>          Defendants. | No. CIV S-10-1889-JAM-CMK<br><br><br><br><br>ORDER |

     Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is defendants' motion to compel (Doc. 22).  No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for October 19, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

     IT IS SO ORDERED.


DATED: October 18, 2011

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE