1

2

3

4

5

6           **IN THE UNITED STATES DISTRICT COURT**

7           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    CRYSTAL WILLIAMS, guardian              No. CIV S-10-1889-JAM-CMK
     ad litem for Brian Williams,
10
             Plaintiff,
11
        vs.                                  ORDER
12
     CITY OF TULELAKE, et al.,
13
             Defendants.
14   _____/

15           Plaintiff, who is proceeding with retained counsel, brings this civil action.

16   Pending before the court is defendants' motion to compel (Doc. 22).  No opposition to the

17   pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule

18   230(c), the hearing scheduled for October 19, 2011, at 10:00 a.m. before the undersigned in

19   Redding, California, is hereby taken off calendar and the matter is submitted on the record and

20   briefs without oral argument.

21           IT IS SO ORDERED.

22

23    DATED: October 18, 2011

24                                           _____
                                             **CRAIG M. KELLISON**
25                                           UNITED STATES MAGISTRATE JUDGE

26

                                             1