1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CRYSTAL WILLIAMS, guardian                No. CIV S-10-1889-JAM-CMK
     ad litem for Brian Williams,

12
                 Plaintiff,

13
          vs.                                  ORDER

14
     CITY OF TULELAKE, et al.,

15
                 Defendants.

16   _____/

17          Plaintiff, who is proceeding with retained counsel, brings this civil action.

18   Pending before the court is defendants' unopposed motion to compel and request for sanctions

19   (Doc. 22).

20          Defendants served interrogatories and requests for production on plaintiff on May

21   16, 2011.  After plaintiff failed to respond, and following unsuccessful meet-and-confer efforts,

22   defendants filed the instant motion on August 23, 2011.  Because the declarations and exhibits

23   filed in support of defendants' motion reflect that plaintiff failed to respond to properly served

24   discovery requests, defendants' motion will be granted.  Plaintiff will be ordered to provide

25   responses to defendants' discovery requests.

26   / / /

1    Turning to defendants' request for sanctions, Federal Rule of Civil Procedure

2   37(a)(5)(A) requires the court to award reasonable expenses to a party prevailing on a motion to

3   compel.  Here, counsel's declaration reflects that counsel spent three hours preparing the instant

4   motion.  The court finds this time to be reasonable and also finds counsel's hourly rate of

5   $185.00 to be reasonable.  Sanctions will be awarded in the amount of $555.00.[1]

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.    Defendants' motion to compel (Doc. 22) is granted;

8    2.    Within 30 days of the date of this order, plaintiff shall serve on defendants

9   responses to interrogatories and requests for production; and

10    3.    Within 30 days of the date of this order, plaintiff shall pay to defendants a

11   monetary sanction in the amount of $555.00.

13   DATED:  November 14, 2011

14   _____

   **CRAIG M. KELLISON**
15   UNITED STATES MAGISTRATE JUDGE

25   [1]    Because the hearing on defendants' motion to compel was vacated and the matter
   submitted without oral argument, the court does not find it appropriate to award sanctions for any
26   time claimed for attending a court hearing on the motion.

2