IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL WILLIAMS, guardian ad litem for Brian Williams,

    Plaintiff,

  vs.

CITY OF TULELAKE, et al.,

    Defendants.

No. CIV S-10-1889-JAM-CMK

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court are defendants' motion to compel (Doc. 31) and plaintiff's motion for telephonic appearance (Doc. 34). Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for December 22, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument. Plaintiff's motion for telephonic appearance is denied as moot.

    IT IS SO ORDERED.

DATED: December 21, 2011

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE