IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL WILLIAMS, guardian ad litem for Brian Williams,

    Plaintiff,

  vs.

CITY OF TULELAKE, et al.,

    Defendants.

No. CIV S-10-1889-JAM-CMK

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is defendants' motion to compel (Doc. 31).

Pursuant to the court's January 10, 2011, scheduling order, discovery was due to be completed by November 7, 2011. The order further provides:

> . . . In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order is necessary and, where discovery has been ordered, the order has been complied with.

/ / /

/ / /

/ / /

1

1  Because defendants' motion to compel was filed on November 28, 2011 – well after the

2  November 7, 2011, discovery cut-off date – the motion is denied as untimely.

3        IT IS SO ORDERED.

5   DATED:  December 23, 2011

7                              **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE