1  Peter J. Ferguson, State Bar No. 108297
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California 92701
   Phone (714) 953-5300
4  Fax (714) 953-1143
   Email: peterferg@aol.com
5

6  Attorneys for Defendants, City of Tulelake and Tulelake PD

7
                    UNITED STATES DISTRICT COURT
8
9                   EASTERN DISTRICT OF CALIFORNIA

10
   BRIAN WILLIAMS, Guardian Ad      )   Case No.  2:10-cv-01889-JAM-CMK
11 Litem for CRYSTAL WILLIAMS,      )
                                    )
12            Plaintiff,            )   [PROPOSED] ORDER FOR
                                    )   DISMISSAL OF ENTIRE ACTION
13       vs.                        )
                                    )
14 STATE OF CALIFORNIA, a Public    )
   Entity; COUNTY OF SISKIYOU, a    )
15 Public Entity; CITY OF TULELAKE, )
   a Municipal Corporation; TULELAKE)
16 POLICE DEPARTMENT, a Police      )
   Agency of the City of Tulelake; and )
17 ADAN CARDONA, JR., Individually  )
   and in his Official Capacity as a Police )
18 Officer with the Tulelake Police )
   Department, a Police Agency of the )
19 City of Tulelake,                )
                                    )
20            Defendants.           )
   _____ )
21
22
23
24
25
26
27
28

Proposed Order                                Case No. 2:10-cv-01889-JAM-CMK

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs, BRIAN WILLIAMS, Guardian Ad Litem for CRYSTAL WILLIAMS dismiss the entire action with prejudice.

2. Each party agrees to a mutual waiver of costs, including attorneys fees.

DATE: January 12, 2012

Honorable John A. Mendez
United States District Judge