1  Peter J. Ferguson, State Bar No. 108297
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California 92701
   Phone (714) 953-5300
4  Fax (714) 953-1143
   Email: peterferg@aol.com
5

6  Attorneys for Defendants, City of Tulelake and Tulelake PD

7
                   UNITED STATES DISTRICT COURT
8

9                  EASTERN DISTRICT OF CALIFORNIA

10
   BRIAN WILLIAMS, Guardian Ad          )   Case No.  2:10-cv-01889-JAM-CMK
11 Litem for CRYSTAL WILLIAMS,          )
                                        )
12           Plaintiff,                 )   [PROPOSED] ORDER FOR
                                        )   DISMISSAL OF ENTIRE ACTION
13     vs.                              )
                                        )
14 STATE OF CALIFORNIA, a Public        )
   Entity; COUNTY OF SISKIYOU, a        )
15 Public Entity; CITY OF TULELAKE,     )
   a Municipal Corporation; TULELAKE    )
16 POLICE DEPARTMENT, a Police          )
   Agency of the City of Tulelake; and  )
17 ADAN CARDONA, JR., Individually      )
   and in his Official Capacity as a Police )
18 Officer with the Tulelake Police     )
   Department, a Police Agency of the   )
19 City of Tulelake,                    )
                                        )
20           Defendants.                )
                                        )

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs, BRIAN WILLIAMS, Guardian Ad Litem for CRYSTAL WILLIAMS dismiss the entire action with prejudice.

2. Each party agrees to a mutual waiver of costs, including attorneys fees.

DATE: January 12, 2012

Honorable John A. Mendez
United States District Judge